IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JOHN KUHLMANN

_____/

4:25-cr-78/MW-MAF

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

Between on or about November 13, 2018, and on or about April 27, 2021, in the Northern District of Florida and elsewhere, the defendant,

**JOHN KUHLMANN,**

did knowingly and willfully conduct, control, and direct all or part of a money transmitting business affecting interstate and foreign commerce in any manner or degree, which was operated without an appropriate money transmitting license in a State where such operation is punishable as a misdemeanor or a felony under State law, whether or not the defendant knew that the operation was required to be licensed or that the operation was so punishable, and where the defendant failed to comply with the money transmitting business registration requirements under section 5330 of title 31, United States Code, or regulations prescribed under such section.

In violation of Title 18, United States Code, Sections 1960(a) and 2.

FILED USDC FLND TL
SEP 18 '25 PM 2:10

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. From his engagement in the violation alleged in Count One of this Information, the defendant,

**JOHN KUHLMANN,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1960, as alleged in Count One of this Information, any and all of the defendant's right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, the following:

(A)  approximately $554,350.79 seized from Hancock Whitney Bank account ending in 7309 on or about May 21, 2021;

(B)  approximately $120,000.00 seized from TD Ameritrade account ending in 9727 on or about May 18, 2021; and

(C)  the following assets seized from **JOHN KUHLMANN**'s residence on or about April 27, 2021:

2

      i.      approximately $13,968.00 in U.S. currency;

      ii.     a Black AT&T Motorola mobile phone;

      iii.    a Dell laptop;

      iv.    a HP laptop;

      v.     a Toshiba laptop;

      vi.    a rose gold Apple iPhone; and

      vii.   an Apple iPhone 6S.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred, sold to, or deposited with a third party;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.    has been substantially diminished in value; or

      v.     has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

09/18/2025
DATE

_____
JOHN P. HEEKIN
United States Attorney

_____
MEREDITH L. STEER
Assistant United States Attorney

_____
JUSTIN M. KEEN
Assistant United States Attorney